# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 14, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154136 (27)

ANTHONY EDWARD CIAVONE,

     Plaintiff-Appellant,

v

SANFORD SCHULMAN,

     Defendant-Appellee.

SC: 154136
COA: 331220
Wayne CC: 15-008054-NM

_____

     On order of the Chief Justice, the motion to waive fees is considered and it is DENIED as moot, because Plaintiff-Appellant has paid the filing fee in full.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2016



jam

     Clerk